IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                         No. 4:13-cr-16-DPM

WENDI CAROL WILLIAMS                                       DEFENDANT

## ORDER

The Court supplements its judgment, № 39 at 6, with instructions regarding Williams's payment of criminal monetary penalties. FED. R. CRIM. P. 36. Beginning June 2014, payments will be ten percent per month of Williams's monthly gross income. 18 U.S.C. § 3664(f)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 June 2014